Date: 10/08/10

**DIVIDENDS REMITTED TO THE COURT**

Check Number 109 Dated 10/08/10

Case Number 09-35932 - FLUGAUR, NANCY J

Page: 1

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **FAIRVIEW HOSPITAL**<br>**400 STINSON BLVD**<br>**MINNEAPOLIS MN 55413**<br>  FINAL DISTRIBUTION<br>  4212 | 000003 | 50.00 | 1.33 |
| **ST PAUL RADIOLOGY**<br>**166 4TH ST E**<br>**SAINT PAUL MN 55101**<br>  FINAL DISTRIBUTION<br>  9809 | 000005 | 29.80 | 0.79 |
| ---------- Remittance Total ---------- | | 79.80 | 2.12 |

John A. Hedback, Trustee

COURT1

Printed: 10/08/10 10:55 AM    Ver: 15.20